*15U5*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 2:25-cr-284 |
| | ) | |
| v. | ) | (18 U.S.C. §§ 2251(a), 2252(a)(4)(B) |
| | ) | and 2252(b)(2)) |
| ANTON REED SR. | ) | [UNDER SEAL] |

**FILED**

**INDICTMENT**

**COUNT ONE**

NOV 18 2025

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

The grand jury charges:

On or about July 8, 2022, in the Western District of Pennsylvania, the defendant, ANTON REED SR., did employ, use, persuade, induce, entice, and coerce a minor known to the grand jury, herein identified as "Minor Victim", to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, as those terms are defined in Title 18, United States Code, Section 2256, knowing and having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, and such visual depiction was produced or transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a).

## COUNT TWO

The grand jury further charges:

From on or about December 10, 2022, and continuing until on or about September 8, 2025, in the Western District of Pennsylvania, the defendant, ANTON REED SR., did knowingly possess visual depictions, namely videos and still images in computer graphics files, the production of which involved the use of minors engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256, and which depicted prepubescent minors and minors who had not attained 12 years of age engaging in such conduct, all of which had been shipped and transported using any means or facility of interstate and foreign commerce, or were produced using materials which had been shipped and transported in interstate and foreign commerce by any means, including by computer and the Internet.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

2

## FORFEITURE ALLEGATIONS

1.      The allegations contained in Counts One and Two of this Indictment are incorporated by reference as though fully set forth herein.

2.      Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant, ANTON REED SR., that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 2253, in the event of the defendant's conviction at Counts One and Two of this Indictment.

3.      Pursuant to Title 18, United States Code, Section 2253, upon conviction of any one or more of the offenses set forth in Counts One and Two of this Indictment, the defendant, ANTON REED SR., shall forfeit to the United States of America:

a.      Any visual depiction described in Title 18, United States Code, Section 2251, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or possessed in violation of Title 18, United States Code, Chapters 110 and 117; and

3

b.      Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense(s), including but not limited to the following: an external hard drive that was seized on June 5, 2025; eight (8) journals that were seized on June 27, 2025; a Samsung cellular telephone, a one (1) terabyte storage device, a journal, and a MicroSD card that were seized on September 8, 2025; and a Samsung Galaxy cellular telephone, three (3) external hard drives, and a Samsung Chromebook that were seized on September 12, 2025.

A True Bill,

FOREPERSON

TROY RIVETTI
First Assistant United States Attorney
PA ID No. 56816

REBECCA L. SILINSKI
Assistant United States Attorney
PA ID No. 320774

4