IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ANTON REED SR.

Criminal No. 2:25-cr-284

**[UNDER SEAL]**

ARRAIGNMENT PLEA

Defendant ANTON REED SR.

being arraigned, pleads _____

in open Court this _____ day of

_____ , 20 _____

_____
(Defendant's Signature)

_____
(Attorney for Defendant)