# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

     v.         Criminal No. 25-_284_

ANTON REED SR.

## CRIMINAL CASE INFORMATION SHEET

Division: _Pittsburgh_
County in which first offense cited occurred: _Allegheny_

Related to No. _____   Judge: _____

CATEGORY: 1. _○_ Narcotics and Other Controlled Substances (Defs: ○1-2 ○3-9 ○10+)
      2. _○_ Fraud and Property Offenses (Defs: ○1-2 ○3-9 ○10+)
      3. _○_ Crimes of Violence
      4. _◉_ Sex Offenses
      5. _○_ Firearms and Explosives
      6. _○_ Immigration
      7. _○_ All Others

Previous Proceedings before Magistrate Judge: _____
Case No.: _____
    *PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE*

Defendant ○ is in custody ◉ is not in custody
Custody is ○ State ○ Federal Name of Institution: _____

Defendant ○ is ◉ is not serving a term of Supervised Release
Case No. _____   Judge: _____

I certify that to the best of my knowledge the above entries are true and correct.

DATE: _11/18/2025_      s/ Rebecca L. Silinski
            REBECCA L. SILINSKI
            Assistant U.S. Attorney
            PA  D No._320774_