IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ANTON REED SR.

Criminal No. 2:25-cr-284

[UNDER SEAL]

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, First Assistant United States Attorney for the Western District of Pennsylvania, by delegation, and Rebecca L. Silinski, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant ANTON REED SR., upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendant with Title 18, United States Code, Sections 2251(a), 2252(a)(4)(B), and 2252(b)(2). Recommended bond: Detention.

Respectfully submitted,

TROY RIVETTI
First Assistant United States Attorney

By:  /s/ Rebecca L. Silinski
REBECCA L. SILINSKI
Assistant United States Attorney
PA ID No. 320774

**FILED**

NOV 18 2025

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA