IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                          Criminal No. 2:25-cr-284

ANTON REED SR.                              [UNDER SEAL]

ORDER

AND NOW, to wit, this __18th__ day of November, 2025, upon consideration of

the Motion for Arrest Warrant, heretofore filed by the United States of America, it is hereby

ORDERED that said Motion is GRANTED.

It is further ORDERED that an Arrest Warrant shall issue for the apprehension of

defendant ANTON REED SR.

Bond shall be set by the United States Magistrate Judge.

UNITED STATES MAGISTRATE JUDGE

cc: First Assistant United States Attorney

**FILED**

NOV 18 2025

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA