**RECORD OF INITIAL APPEARANCE BEFORE MAGISTRATE JUDGE**

| UNITED STATES OF AMERICA | | MAGISTRATE JUDGE'S DOCKET NO. | |
|---|---|---|---|
| vs | | DATE OF COMPLAINT | |
| | | CRIMINAL DOCKET NO. | 2:25 CR 284 |
| Anton Reed, Sr. | | DATE OF INDICTMENT | |
| | | ORIGINATING DISTRICT (if applicable) | |

DATE ARRESTED:    12/4/2025

## INITIAL APPEARANCE

| Presiding | | BROWN | | DODGE | Date: | 12/4/25 | CD # | |
| Magistrate | X | KELLY | | LANZILLO | Time: | 1:39 pm | Court Reporter: | |
| Judge | | PESTO | | TAYLOR | | 1:48 pm | | |

U. S. ATTORNEY: Rebecca Silinski          INTERPRETER: n/a

### 1. RIGHTS EXPLAINED

[ ] Defendant orally consents to proceeding by video conference or teleconferencing because video conferencing is not reasonably available

[X] Government orally advised of obligations, pursuant to Brady v. Maryland and the Due Process Protections Act.

### 2. COMPLAINT/INDICTMENT/INFORMATION

[X] Read    [X] Summarized    [ ] Reading waived

[X] Defendant provided with a copy of the charges

[ ] Defendant to be provided with a copy of the charges as soon as possible

### 3. ACT & PENALTIES

[X] Read    [X] Summarized    [ ] Reading waived

### 4. COUNSEL

[X] Defendant requested appointment        [ ] Defendant waived appointment

[X] Defendant represented by: Andrew Lipson

[ ] Defendant expects to retain: _____

[X] Affidavit executed.

[ ] Not Qualified    [X] Qualified    [ ] With possible requirement for partial or full payment

[X] Federal Public Defender appointed

[ ] CJA Panel Attorney _____ appointed

### 5. BAIL

Recommended Bond: Detention Requested.

Bond Set at: _____

[ ] By Consent        [ ] Additional Conditions Imposed: _____

[ ] By Magistrate Judge

[ ] Temporary Commitment issued    [ ] Final Commitment issued

Bond/Detention Hearing set for: Weds. 12/10 @ 9:30 am

### 6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT

Preliminary Exam/Rule 40/Arraignment set for: 12/10 @ 9:30 before Magistrate Judge Kelly