AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the
Western District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:25 CR 284 |
| ANTON REED SR. | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING *& ARRAIGNMENT*

A detention hearing in this case is scheduled as follows:

*before Judge Kelly*

| Place: | Joseph F. Weis, Jr., US Courthouse 700 Grant Street Pittsburgh, PA 15219 | Courtroom No.: 9C |
|---|---|---|
| | | Date and Time: 12/10 @ 9:30 am |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:        12/04/2025

*Judge's signature*

Maureen P. Kelly, US Magistrate Judge

*Printed name and title*