IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                      )
        V.            )   Criminal No.     25-284
                      )
ANTON DAIMAR REED       )

ORDER APPOINTING
FEDERAL PUBLIC DEFENDER

AND NOW this __5th__ day of _____December_____, 2025,
the above named defendant having appeared before this Court
and having been sworn to testify truthfully as to his/her
financial ability to hire counsel and the Court being
satisfied as a result thereof that the above named defendant
is financially unable to obtain counsel and said defendant
not having waived the appointment of counsel;

    IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1500
Liberty Center, 1001 Liberty Avenue, Pittsburgh, Pennsylvania
15222, telephone number (412) 644-6565, is hereby appointed
to represent the individual in all matters pertaining to this
action.

PRIMARY COUNSEL:   Andrew Lipson

                  PA Attorney ID #

_____
Maureen P. Kelly
United States Magistrate Judge