IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 2:25 CR 284 |
| vs. | ) | |
| | ) | Chief Judge Cathy Bissoon |
| ANTON REED, SR. | ) | Magistrate Judge Maureen Kelly |

### MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

Defense Counsel: _Andrew Lipson_

Government: _Rebecca Silinski_

Time: _9:53 am - 10:00 am_

1.  Date of Arraignment: _12/10/2025_

2.  Defendant is: _____X_____ incarcerated.
    _____ on bond.

3.  Defendant entered a plea of _not guilty_.

4.  The parties were advised that all pretrial motions must filed within forty-five (45) days.

5.  A Rule 16 conference: _____ has been held.
    _____X_____ has not been held.

6.  Discovery is _____ completed _____X_____ not completed.

7.  Defendant has requested to be tried by: _____X_____ Jury
    _____ Non-Jury

8.  All parties have been advised that the matter:

    _____ has been scheduled for trial for _____.

    _____ has not been scheduled for trial.

    _____X_____ has not been scheduled for trial, but will be notified.

9.  Estimated trial length: _5 days - govt. + 3 days defense = 8 days._

10. Defendant: _____X_____ has been processed by U.S. Marshal.

    _____ has not been processed by U.S. Marshal, but has been
    advise         sed.

_____
Maureen P. Kelly
United States Magistrate Judge