IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ANTON REED SR.

Criminal No. 2:25-cr-284

**[UNDER SEAL]**

ARRAIGNMENT PLEA

Defendant ANTON REED SR.

being arraigned, pleads ___NOT GUILTY___

in open Court this ___10th___ day of

___December___, 20 ___25___

_____
(Defendant's Signature)

_____
(Attorney for Defendant)