**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA       )
                                   )

      vs                          )           Case No. 2:25 CR 284
                                   )

ANTON REED, SR.,               )

## <u>ORDER OF COURT</u>

AND NOW, this 10th day of December 2025, upon consideration of the within Motion for Extension of Time to File Pretrial Motions, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED;

IT IS FURTHER ORDERED that the extension of time caused by this continuance (December 10, 2025 through January 26, 2026) be deemed excludable delay under the Speedy Trial Act 18 U.S.C. § 3161 <u>et seq</u>.  Specifically, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant to a speedy trial, 18 U.S.C. § 3161(h)(7)(a), since the failure to grant such a continuance would deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS FURTHER ORDERED that any pretrial motions referred to in Local Criminal Rule 12 are due on or before Monday, January 26, 2026.

_____
Maureen P. Kelly
United States Magistrate Judge