# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| USA | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) No. 2:25 CR 284 |
| | ) |
| ANTON REED, SR. | ) |
| Defendant | ) |

Hearings Held: Detention
Date: December 10, 2025
Before: Magistrate Judge Maureen P. Kelly

Rebecca Silinski                                    Andrew Lipson
Appear for Government              Appear for Defendant

Hearing begun _____10:00 AM_____     Defendant Present __X__

Hearing concluded ___12:25 PM_____     Court Reporter _____Barb Loch_____

## MINUTES OF PROCEEDING:

Government Witness: Leonard Piccini, Jr., Special Agent with the FBI

Exhibits: Government Exhibit A and B, offered and admitted.

Government began direct examination of the witness.

Defense began cross-examination of the witness.

Government redirected the witness.

Witness dismissed from the stand.


Defense began by proffering information into the record.

Exhibits: Defense Exhibit A, offered and admitted.

Defense Witness: Alisia Buggs, Proposed Third-Party Custodian

Defense began direct examination of the witness.

No cross-examination by the Government.

Witness dismissed from the stand.

Government provided argument for detention pending trial.

Defense provided argument with proposed condition(s) that can be imposed by the Court for the Defendant to be released on bond pending trial.

The Court finds that there are no conditions or combination of conditions that can be imposed to reasonably assure the safety of the community. Therefore, Defendant Anton Reed, Sr., is hereby remanded to the custody of the United States Marshal pending trial. Order of Detention Pending Trial to follow.