IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ANTON REED, SR.

Criminal No. 25-284

**APPEARANCE OF COUNSEL**

NOTICE is hereby given that V. Joseph Sonson, Assistant United States Attorney, is counsel of record for the government in the above actions.

Respectfully submitted,

TROY RIVETTI
First Assistant United States Attorney

s/ *V. Joseph Sonson*
V. JOSEPH SONSON
Assistant U.S. Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, Pennsylvania 15219
PA ID No. 314864