IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                          Criminal No. 25-284

ANTON REED, SR.

### GOVERNMENT'S MOTION TO WITHDRAW APPEARANCE

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, First Assistant United States Attorney for the Western District of Pennsylvania, by delegation, and Rebecca L. Silinski, Assistant United States Attorney for said district, and respectfully files this motion to withdraw the appearance of Rebecca L. Silinski as counsel for the United States for this underlying criminal matter.   The United States will continue to be represented by the other Assistant United States Attorney(s) whose appearance(s) has/have been entered.

Respectfully submitted,

TROY RIVETTI
First Assistant United States Attorney


*s/ Rebecca L. Silinski*
REBECCA L. SILINSKI
Assistant United States Attorney
U.S. Post Office and Courthouse
700 Grant Street, Suite 4000
Pittsburgh, Pennsylvania 15219
T: (412) 894-7403
rebecca.silinski@usdoj.gov
PA ID No. 320774