IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

Criminal No. 25-284

ANTON REED, SR.

## **ORDER**

AND NOW, to wit, this _____ day of January, 2026, upon consideration of the Government's Motion to Withdraw Appearance, filed by Assistant United States Attorney Rebecca L. Silinski, it is hereby ORDERED that said Motion is GRANTED, and that Assistant United States Attorney Rebecca L. Silinski be terminated forthwith as counsel of record for the government in the above-captioned criminal action.

BY THE COURT:

_____
HONORABLE CATHY BISSOON
Chief United States District Judge

cc:  All Counsel of Record