**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

v.

ANTON REED, SR.

Defendant.

)
)
)
) 2:25-cr-00284-CB-1
)
)
)
)
)

Hearing Type: Telephonic Status Conference

Date: 1/20/26

Before:   Judge Cathy Bissoon

| | |
|---|---|
| Counsel for Government | V. Joseph Sonson |
| Counsel for Defendant | Andrew Lipson |
| Court Reporter | Marsia Balobeck |
| Law Clerk | BSB |
| Start time | 11:02 AM |
| End time | 11:06 AM |

**SUMMARY OF PROCEEDINGS:**

Conference held.  As the Court noted, pretrial motions presently are due by 1/26/2026.