**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 25-284 |
| | * | |
| ANTON REED, SR., | * | |
| | * | |
| Defendant. | * | |
| | * | |

**ORDER OF COURT**

AND NOW, this \_\_\_\_ day of <u>January</u>, 2026, having considered Mr. Reed's

Motion for Extension of Time to File Pre-Trial Motions, it is hereby ORDERED

that the motion is GRANTED as follows:

(1)    Any pre-trial motions referred to in Local Criminal Rule 12 shall now

be filed on or before **March 27, 2026**.

(2)    The extended time to file pre-trial motions (from January 26, 2026

to March 27, 2026) shall be deemed excludable delay under the Speedy Trial Act,

18 U.S.C. § 3161 et. seq.  Specifically, the Court finds that the ends of justice

served by granting this continuance outweigh the best interests of the public and

of Mr. Reed to a speedy trial. 18 U.S.C. § 3161(h)(7)(A). For the reasons stated in

Mr. Reed's motion, the failure to grant such a continuance would deny Mr. Reed's

counsel the reasonable time necessary for effective preparation, accounting for

the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

_____

Hon. Cathy Bissoon
Chief United States District Judge