IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 25-284 |
| ANTON REED SR. | |

## RECEIPT FOR FIRST SUPPLEMENTAL LOCAL CRIMINAL RULE 16 MATERIAL

The following materials are provided to you pursuant to Local Criminal Rule 16 of the Local Rules of Court for the United States District Court of Western Pennsylvania.  Some materials provided may exceed the United States' obligations under Rule 16.[1]  If you have not received any of the listed materials, please let me know immediately.

- **Defendant's Handwritten Journal Nos. 9 – 17 (9 PDFs)**

1. Relevant written or recorded statements or confessions of the defendant.  Specify:

**Defendant's Handwritten Journals (9 PDFs)**

[THE REMAINDER OF THIS PAGE WAS INTENTIONALLY LEFT BLANK]

---

[1]     The United States is not representing that it will make any additional early or non-required disclosures.

Respectfully submitted,

TROY RIVETTI
United States Attorney


*/s/ V. Joseph Sonson*
V. JOSEPH SONSON
Assistant United States Attorney


3/25/26
Date

On behalf of Defendant Anton Reed, I hereby request discovery and acknowledge receipt:


S/Andrew Lipson
Counsel for Defendant


03/25/2026

Date


Original to Magistrate
Copy for Defendant and USA

2