**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 25-284 |
| | * | |
| ANTON REED, SR., | * | |
| | * | |
| Defendant. | * | |
| | * | |

**ORDER OF COURT**

AND NOW, this ____ day of <u>March</u>, 2026, having considered Mr. Reed's Motion for Extension of Time to File Pre-Trial Motions, it is hereby ORDERED that the motion is GRANTED as follows:

(1)    Any pre-trial motions referred to in Local Criminal Rule 12 shall now be filed on or before **May 26, 2026**.

(2)    The extended time to file pre-trial motions (from March 27, 2026 to May 26, 2026) shall be deemed excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161 et. seq.  Specifically, the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and of Mr. Reed to a speedy trial. 18 U.S.C. § 3161(h)(7)(A). For the reasons stated in Mr. Reed's motion, the failure to grant such a continuance would deny Mr. Reed's counsel the reasonable time necessary for effective preparation, accounting for the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

_____
Hon. Cathy Bissoon
Chief United States District Judge