**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 25-284 |
| | * | |
| ANTON REED, SR., | * | |
| | * | |
| Defendant. | * | Hon. Cathy Bissoon |
| | * | |

**MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS**

Mr. Reed moves the Court for 90-day extension of time to file pre-trial motions. In support, he states:

1.     On December 10, 2025, Mr. Reed was arraigned on a two-count indictment.

2.     Pursuant to Local Criminal Rule 12 and prior court order, Mr. Reed is required to file pre-trial motions by May 26, 2026.

3.     Counsel requires additional time to review discovery, complete investigation, research applicable law, and consult with Mr. Reed.

4.     For those reasons, Mr. Reed moves the Court to extend the deadline to file pre-trial motions by 90 days, until August 24, 2026.

5.     The government has no objection to the relief sought herein.

Accordingly, Mr. Reed requests that the Court extend the deadline to file pre-trial motions for 90 days, from May 26, 2026 through August 24, 2026.

Respectfully submitted,


/s/ *Andrew Lipson*

Andrew Lipson
Assistant Federal Public Defender