# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     \*
          \*

      v.              \*       Criminal No. 25-284
          \*

ANTON REED, SR.,         \*
          \*

    Defendant.       \*
          \*

## ORDER OF COURT

AND NOW, this \_\_\_\_ day of <u>May</u>, 2026, having considered Mr. Reed's Motion for Extension of Time to File Pre-Trial Motions, it is hereby ORDERED that the motion is GRANTED as follows:

(1)     Any pre-trial motions referred to in Local Criminal Rule 12 shall now be filed on or before **August 24, 2026**.

(2)     The extended time to file pre-trial motions (from May 26, 2026 to August 24, 2026) shall be deemed excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161 et. seq.  Specifically, the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and of Mr. Reed to a speedy trial. 18 U.S.C. § 3161(h)(7)(A). For the reasons stated in Mr. Reed's motion, the failure to grant such a continuance would deny Mr. Reed's counsel the reasonable time necessary for effective preparation, accounting for the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

 

Hon. Cathy Bissoon
Chief United States District Judge