**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 25-284 |
| | * | |
| ANTON REED, SR., | * | |
| | * | |
| Defendant. | * | Hon. Cathy Bissoon |
| | * | |

**MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS**

Mr. Reed moves the Court for 60-day extension of time to file pre-trial motions. In support, he states:

1. On December 10, 2025, Mr. Reed was arraigned on a two-count indictment.

2. Pursuant to Local Criminal Rule 12 and prior court order, Mr. Reed is required to file pre-trial motions by August 24, 2026.

3. Counsel requires additional time to review discovery, complete investigation, research applicable law, and consult with Mr. Reed.

4. For those reasons, Mr. Reed moves the Court to extend the deadline to file pre-trial motions by 60 days, until October 23, 2026.

5. The government has no objection to the relief sought herein.

Accordingly, Mr. Reed requests that the Court extend the deadline to file pre-trial motions for 60 days, from August 24, 2026 through October 23, 2026.

Respectfully submitted,

*/s/ Andrew Lipson*

Andrew Lipson
Assistant Federal Public Defender